UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-05959-HDV-BFMx | Date | 09/21/26 |
| Title | *Katherine Gonzalez v. Workwise Solutions Inc.* | | |

Present: The Honorable Hernán D. Vera, United States District Judge

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE [JS-6]**

The Court has received the third stipulation filed by the parties [Dkt. 29] that informed the Court of the parties' settlement. Based on this information, the case is dismissed. The Court retains jurisdiction for 90 days to reopen in the event the settlement agreement is not finalized.

**IT IS SO ORDERED.**